# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SIMON ERIC REED**                                                                 **PETITIONER**

**v.**                                    **Case No. 4:18-cv-00058-KGB/JTR**

**FAULKNER COUNTY**
**SHERIFF'S OFFICE; TIM RYALS,**
**Sheriff, Faulkner County, Arkansas**                                              **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Simon Eric Reed's petition for writ of *habeas corpus* is dismissed without prejudice.

So adjudged this the 21st day of May, 2018.

_____
Kristine G. Baker
United States District Judge